O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BRANDON CARRERA, <br><br> Petitioner, <br><br> v. <br><br> JOSIE GASTELO, Warden, <br><br> Respondent. | Case No. EDCV 17-01222-PA (JDE) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the Motion to Dismiss filed by Respondent and the Opposition to the Motion to Dismiss filed by Petitioner, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Respondent's Motion to Dismiss (Dkt. No. 11) is GRANTED; and

(2) Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: January 5, 2018

                                                                         _____
                                                                         PERCY ANDERSON
                                                                         United States District Judge