JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRANDON CARRERA, | ) Case No. EDCV 17-01222-PA (JDE) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| JOSIE GASTELO, Warden, | ) |
| Respondent. | ) |
| | ) |
| | ) |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: January 5, 2018

_____
PERCY ANDERSON
United States District Judge